# EXHIBIT A

## Summons To Trans Union, LLC

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

---

MORRIS MANOPLA,                      Index No. 003162

         Plaintiff,             S U M M O N S

-against-                  Plaintiff's Residence Address

                                           107-66 114th Street

EXPERIAN, EQUIFAX, TRANSUNION,    South Richmond Hill, NY 11419
and MR. COOPER aka NATIONSTAR MTG LLC

         Defendants,

------------------------------------------------------------X

Defendant's address:                The basis of this venue is

Experian:                              Plaintiff's address
701 Experian Parkway                Transunion:
Allen, Texas 75013                   555 West Adams Street

Equifax:                                Chicago, IL 60661
1550 Peachtree Street NW
Atlanta, GA 30309                  Mr. Cooper aka Nationstar Mtg LLC

                                           8950 Cypress Waters Blvd.

                                           Coppell, TX 75019

*FILED
CLERKS OFFICE
JAN 30 2019
CIVIL COURT
KINGS COUNTY*

YOU ARE HEREBY SUMMONED to appear in the Civil Court of the City of

New York, County of Kings, at the office of the Clerk of said Court,

at 141 Livingston Street, Brooklyn, New York 11201, within the time

provided by law as noted below and to file your Answer to the

annexed Complaint with the Clerk; upon your failure to Answer, judgment will be taken against you for the sum of $25,000.00 with interest from September 11, 2018 together with the costs of this action.

Dated: January 15, 2019

Edward B. Geller, Esq., P.C.

Attorney for Plaintiff

15 Landing Way

Bronx, New York 10464

Tel:(914)473-6783

Note the law provides that:

a) If this summons is served by its delivery to you personally within the City of New York, State of New York, you must appear and answer within TWENTY DAYS after such service; or

b) If this summons is served by its delivery to any person other than you personally, or is served outside the City of New York, State of New York, or by publication, or by any means other than personal delivery to you within the City of New York, State of New York, you are allowed THIRTY DAYS after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.