# CLARK HILL

Boris Brownstein, Esq.
T  609.785.2911
F  609.785.2971
Email: BBrownstein@ClarkHill.com

Clark Hill PLC
210 Carnegie Center
Suite 102
Princeton, NJ 08540
T  609.785.2900
F  609.785.2999

**ClarkHill.com**

March 21, 2019

**VIA E-FILING**

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Morris Manopla v. Experian et al.*, Case No. 1:19-cv-00992-BMC (E.D.N.Y.)

Dear Judge Cogan:

I represent Equifax in this matter and submit this letter application regarding the April 10, 2019 case conference. This matter is currently scheduled for an initial status conference on April 10, 2019, at which Your Honor has ordered the presence of an authorized party representative.

Equifax s requesting that its representative be permitted to appear by telephone rather than in-person. Equifax makes this request because the appropriate Equifax representatives are located in Atlanta, Georgia and would have to travel a considerable distance to appear in person, and due to the preliminary nature of this conference. I assure the Equifax representative will be familiar with the facts of this case and will meaningfully participate by telephone. Equifax's telephonic appearance will not prejudice any party and will not hamper the efficient operation of the Conference.

Respectfully submitted,
CLARK HILL PLC

/*s/*Boris Brownstein

cc:  All counsel of record (via ECF)