# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORRIS MANOPLA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:19-cv-00992-BMC |
| EXPERIAN, EQUIFAX, TRANSUNION, and MR. COOPER aka NATIONWIDE MTG LLC. | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF MOTION FOR ATTORNEYS' FEES

PLEASE TAKE NOTICE that, upon the points and authorities set forth in the accompanying Memorandum of Law in Support of Defendant Experian Information Solutions, Inc.'s ("Experian") Motion for Attorneys' Fees and the Declaration in Support of Experian's Motion for Attorneys' Fees, Experian will move this Court on a date and time to be set by the Court, before the Honorable Brian M. Cogan, United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order granting attorneys' fees to Experian in the amount of $16,050.

Dated: New York, New York
October 25, 2019

JONES DAY

/s/ Kerianne Tobitsch
Kerianne Tobitsch
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-8321
Facsimile: (212) 755-7306
Email: ktobitsch@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I, Kerianne Tobitsch, certify that on October 25, 2019, I caused the foregoing to be filed with the Clerk of the Court and served upon all counsel of record via the CM/ECF system.

*/s/ Kerianne Tobitsch*
Kerianne Tobitsch

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*
