# Exhibit 2

**Exhibit 2: Jones Day Time Entries**

| Date | Timekeeper | Hour | Amount (Hour x Rate) | Description |
|---|---|---|---|---|
| 3/22/2019 | K. Tobitsch | 0.7 | $140.00 | Communicate with plaintiff's counsel, E. Geller, regarding Manopla's consumer file and request that Experian be voluntarily dismissed from the suit; prepare Bates stamped components of Manopla's file to produce to plaintiff's counsel. |
| 3/27/2019 | K. Tobitsch | 1 | $200.00 | Review/analyze Manopla consumer file and develop strategy for a potential motion to dismiss; communicate with C. Lopata re a potential motion to dismiss strategy. |
| 3/28/2019 | K. Tobitsch | 1.2 | $240.00 | Draft/revise email to C. Lopata summarizing the legal analysis for the pre-motion conference letter; communicate with C. Lopata re the proposed motion to dismiss; draft the pre-motion conference letter. |
| 3/29/2019 | K. Tobitsch | 2.5 | $500.00 | Research for the pre-motion conference letter; draft the pre-motion conference letter. |
| 4/1/2019 | C. Lopata | 2.8 | $1,120.00 | Review/analyze file, complaint, and letter-motion to dismiss. |
| 4/1/2019 | K. Tobitsch | 0.6 | $120.00 | Follow-up with plaintiff's counsel to discuss the produced communications and potentially dismissing Experian from the matter; communicate with C. Lopata regarding the letter. |
| 4/2/2019 | C. Lopata | 0.5 | $200.00 | Review/analyze motion to dismiss, and communicate with K. Tobitsch regarding revisions to motion. |
| 4/2/2019 | K. Tobitsch | 1.1 | $220.00 | Communicate (in firm) with C. Lopata regarding the pre-motion conference letter in support of the motion to dismiss; revise the pre-motion conference letter and exhibits to incorporate the edits from C. Lopata. |

1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 4/3/2019 | K. Tobitsch | 1.5 | $300.00 | Draft/revise the pre-motion conference letter and exhibits to incorporate edits from C. Lopata; prepare exhibits to the letter. |
| 4/4/2019 | C. Lopata | 2 | $800.00 | Draft/revise motion to dismiss, review/analyze ACDVs, and communicate with K. Tobitsch regarding motion strategy. |
| 4/5/2019 | C. Lopata | 0.6 | $240.00 | Review/analyze order regarding plaintiff opposition to motion, and draft/revise email strategy to K. Tobitsch regarding preparation for oral argument; review/analyze emails regarding proposed pretrial submission. |
| 4/5/2019 | D. Velez | 1 | $100.00 | Per K. Tobitsch request, assist with retrieving from Westlaw cited cases in preparation for oral argument. |
| 4/9/2019 | K. Tobitsch | 2 | $400.00 | Review/analyze all case law cited in the parties' four pre-motion conference letters in preparation for the oral argument; communicate with C. Lopata regarding strategy for the pre-motion conference. |
| 4/10/2019 | C. Lopata | 0.5 | $200.00 | Communicate (in firm) with K. Tobitsch regarding status conference. |
| 4/10/2019 | K. Tobitsch | 1.6 | $320.00 | Plan and prepare for pre-motion conference in support of motion to dismiss; participate in the pre-motion conference; communicate with plaintiff's counsel regarding the outcome of the conference and the settlement offer. |
| 4/15/2019 | C. Lopata | 1 | $400.00 | Review/analyze pre-motion letters, appear for/attend conference call with K. Tobitsch regarding summary judgment, protective order, document production, Rule 56.1 statement and deadlines, and review/ analyze individual practice rules of Judge Cogan. |
| 4/15/2019 | K. Tobitsch | 0.5 | $100.00 | Conduct additional case law research for the memorandum of law. |

| | | | | |
|---|---|---|---|---|
| 4/16/2019 | K. Tobitsch | 3.7 | $740.00 | Conduct case law research for the memorandum of law; begin drafting the memorandum of law in support of the motion for summary judgment. |
| 4/17/2019 | C. Lopata | 3.2 | $1,280.00 | Communicate (in firm) with attorney K. Tobitsch regarding motion for summary judgment, Rule 56.1 statement, and client affidavit; review/analyze proposed discovery and plaintiffs opposition to pre-motion letter, and draft/revise outline. |
| 4/17/2019 | K. Tobitsch | 4.6 | $920.00 | Draft the memorandum of law in support of the motion to dismiss; revise the Local Rule 56.1 Statement of Material Fact and Affidavit of client Anna Simmons; communicate with C. Lopata regarding the motion papers and arguments for the memorandum of law in support of the motion to dismiss. |
| 4/18/2019 | K. Tobitsch | 1.6 | $320.00 | Revise the memorandum of law in support of the motion for summary judgment; revise the affidavit of client Anna Simmons. |
| 4/23/2019 | K. Tobitsch | 2.2 | $440.00 | Draft/revise the memorandum of law in support of the motion for summary judgment, Simmons affidavit, and Local Rule 56.1 statement of material facts; finalize the citations and footnotes. |
| 4/24/2019 | K. Tobitsch | 0.8 | $160.00 | Communicate (in firm) with C. Lopata regarding revisions to the motion papers; prepare the exhibits to the motion. |
| 4/29/2019 | K. Tobitsch | 0.7 | $140.00 | Finalize the notice of motion, Simmons affidavit, and six redacted exhibits. |
| 4/30/2019 | C. Lopata | 1.8 | $720.00 | Draft/revise notice of motion, client affidavit of A. Simmons and Rule 56.1 statement in support of motion for summary judgment. |
| 4/30/2019 | K. Tobitsch | 2.4 | $480.00 | Draft/revise and finalize the memorandum of law; Local Civil |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | Rule 56.1 Statement of Material Facts, and Affidavit of Anna Simmons; conduct citation check; communicate with C. Lopata regarding the motion; communicate with A. Simmons regarding execution of the affidavit. |
| 5/19/2019 | C. Lopata | 1.5 | $600.00 | Review/analyze reply brief and communicate with K. Tobitsch regarding comments. |
| 5/28/2019 | K. Tobitsch | 0.2 | $40.00 | Communicate with C. Lopata regarding the brief. |
| 5/29/2019 | C. Lopata | 1.6 | $640.00 | Communicate (in firm) with K. Tobitsch regarding reply, review/analyze exhibits, and draft/revise brief. |
| 5/29/2019 | K. Tobitsch | 1.3 | $260.00 | Draft/revise the reply memorandum of law, conduct the final citation check, and file in the Eastern District of New York. |
| 8/28/2019 | K. Tobitsch | 1 | $200.00 | Review/analyze the case law cited by in support of summary judgment in preparation for the upcoming oral argument. |
| 8/30/2019 | C. Lopata | 2.2 | $880.00 | Review/ analyze oral argument outline, caselaw, briefs, and communicate with K. Tobitsch regarding comments. |
| 9/1/2019 | K. Tobitsch | 1.5 | $300.00 | Draft/revise the oral argument outline. |
| 9/2/2019 | K. Tobitsch | 1.7 | $340.00 | Draft/revise the oral argument outline. |
| 9/3/2019 | D. Velez | 2.3 | $230.00 | Per K. Tobitsch, request assemble cases cited in brief in preparation for an oral argument set for September 4. |
| 9/4/2019 | K. Tobitsch | 1.4 | $280.00 | Participate in the oral argument; communicate with plaintiff's counsel regarding the outcome of the oral argument and potential dismissal of the case. |
| 9/5/2019 | K. Tobitsch | 0.4 | $80.00 | Communicate (other outside counsel) with plaintiff's counsel regarding the supplemental briefing and potential dismissal of the case. |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 9/9/2019 | C. Lopata | 1 | $400.00 | Communicate (in firm) with attorney K. Tobitsch regarding Nationstar documents, call with plaintiff's attorney E. Geller, strategy considerations and potential filings based on negative Nationstar payment history documents. |
| 9/9/2019 | K. Tobitsch | 1.3 | $260.00 | Communicate with C Lopata regarding Nationstar's production; communicate with plaintiff's counsel regarding the supplemental briefing; review documentation produced by Nationstar. |
| 9/10/2019 | C. Lopata | 1 | $400.00 | Review/analyze Nationstar documents and draft/revise email memo to attorney K. Tobitsch regarding fraudulent affidavit by plaintiff, strategy regarding accuracy defense, potential attorneys' fees motion, and additional documents anticipated by Nationstar. |
| 9/10/2019 | K. Tobitsch | 0.7 | $140.00 | Communicate (other outside counsel) with plaintiff's counsel regarding dismissal of the case. |
| 9/11/2019 | C. Lopata | 0.3 | $120.00 | Review/analyze email from K. Tobitsch regarding plaintiff's attorney E. Geller and request to dismiss with prejudice without attorneys' fees, and draft/revise response regarding fees calculation |
| 9/11/2019 | K. Tobitsch | 0.4 | $80.00 | Communicate (other outside counsel) with plaintiff's counsel regarding dismissal of the case. |