# Exhibit 3

JONES DAY

026123-[redacted]

Manopla, Morris (2019-01623)

Page 3
April 25, 2019
Invoice: 33259541

SERVICES DETAIL SCHEDULE

*Date of Service* *Timekeeper Name* *Hours*

[redacted]

03/22/19 K N TOBITSCH [redacted]

[redacted] communicate with plaintiff's counsel, E. Geller, regarding Manopla's consumer file and request that Experian be voluntarily dismissed from the suit (0.3); prepare Bates stamped components of Manopla's file to produce to plaintiff's counsel (0.4); [redacted]

[redacted]

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 03/27/19 | K N TOBITSCH | [redacted] |
| | Review/analyze Manopla consumer file and develop strategy for a potential motion to dismiss (0.7); communicate with C. Lopata regarding a potential motion to dismiss strategy (0.3); [redacted] | |
| 03/28/19 | K N TOBITSCH | [redacted] |
| | Draft/revise email to C. Lopata summarizing the legal analysis for the pre-motion conference letter (0.4); communicate with C. Lopata regarding the proposed motion to dismiss (0.3); [redacted]; draft the pre-motion conference letter (0.5). | |
| 03/29/19 | K N TOBITSCH | [redacted] |
| | Research for the pre-motion conference letter (1); draft the pre-motion conference letter (1.5); [redacted] | |
| **TOTAL** | | [redacted] |

SERVICES DETAIL SCHEDULE

*Date of Service* *Timekeeper Name* *Hours*

[redacted]

04/01/19 C J LOPATA 2.80
Review/analyze file, complaint, and letter-motion to dismiss.

04/01/19 K N TOBITSCH [redacted]
[redacted] follow-up with plaintiff's counsel to discuss the produced communications and potentially dismissing Experian from the matter (0.3); [redacted] communicate with C. Lopata regarding the letter (0.3).

[redacted]

04/02/19 C J LOPATA [redacted]
Review/analyze motion to dismiss, and communicate with attorney K. Tobitsch regarding revisions to motion (0.5); [redacted]

04/02/19 K N TOBITSCH [redacted]
Communicate (in firm) with C. Lopata regarding the pre-motion conference letter in support of the motion to dismiss (0.5); revise the pre-motion conference letter and exhibits to incorporate the edits from C. Lopata (0.6); [redacted].

[redacted]

JONES DAY

026123-[redacted] Page 4
May 24, 2019
Manopla, Morris (2019-01623) Invoice: 33269324

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/03/19 | K N TOBITSCH | [redacted] |
| | Draft/revise the pre-motion conference letter and exhibits to incorporate edits from C. Lopata (1.0); prepare exhibits to the letter (0.5); [redacted]; [redacted]; [redacted] | |
| 04/04/19 | C J LOPATA | [redacted] |
| | Draft/revise motion to dismiss, review/analyze ACDVs, and communicate with attorney K. Tobitsch regarding motion strategy (2.0); [redacted] | |
| [redacted] | K N TOBITSCH | [redacted] |
| | [redacted] | |
| 04/05/19 | C J LOPATA | 0.60 |
| | Review/analyze order regarding plaintiff opposition to motion, and draft/revise email strategy to attorney K. Tobitsch regarding preparation for oral argument (0.5); review/analyze emails regarding proposed pretrial submission (0.1). | |
| [redacted] | K N TOBITSCH | [redacted] |
| | [redacted] | |
| 04/05/19 | D VELEZ | 1.00 |
| | Other: Per K. Tobitsch request assist with retrieving from Westlaw cited cases in preparation for oral argument (1.0). | |
| [redacted] | [redacted] | [redacted] |
| | [redacted] | |
| [redacted] | [redacted] | [redacted] |
| | [redacted] | |
| [redacted] | [redacted] | [redacted] |
| | [redacted] | |
| [redacted] | [redacted] | [redacted] |
| | [redacted] | |

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/09/19 | K N TOBITSCH | |
| | Review/analyze all case law cited in the parties' four pre-motion conference letters in preparation for the oral argument (1.5); communicate with C. Lopata regarding strategy for the pre-motion conference (0.5); | |
| 04/10/19 | C J LOPATA | |
| | Communicate (in firm) with attorney K. Tobitsch regarding status conference (0.5); | |
| 04/10/19 | K N TOBITSCH | |
| | Plan and prepare for pre-motion conference in support of motion to dismiss (1.2); participate in the pre-motion conference (0.4); communicate with plaintiff's counsel regarding the outcome of the conference and the settlement offer (0.4); | |



JONES DAY

026123-[redacted]

Manopla, Morris (2019-01623)

Page 6
May 24, 2019
Invoice: 33269324

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 04/15/19 | C J LOPATA | 1.00 |

Review/analyze pre-motion letters, appear for/attend conference call with attorney K. Tobitsch regarding summary judgment, protective order, document production, Rule 56.1 statement and deadlines, and review/analyze individual practice rules of Judge Cogan.

| | | |
|---|---|---|
| 04/15/19 | K N TOBITSCH | [redacted] |

[redacted] conduct additional case law research for the memorandum of law (0.5); [redacted]

[redacted]

[redacted]

| | | |
|---|---|---|
| 04/16/19 | K N TOBITSCH | [redacted] |

[redacted] draft Rule 56.1 statement of material facts pursuant to local law (2.2); [redacted] conduct case law research for the memorandum of law (0.5); [redacted]; begin drafting the memorandum of law in support of the motion for summary judgment (1.0).

[redacted]

| | | |
|---|---|---|
| 04/17/19 | C J LOPATA | 3.20 |

Communicate (in firm) with attorney K. Tobitsch regarding motion for summary judgment, Rule 56.1 statement, and ECA affidavit (1.0); review/analyze proposed discovery and plaintiff's opposition to pre-motion letter, and draft/revise outline (2.2).

[redacted]

| | | |
|---|---|---|
| 04/17/19 | K N TOBITSCH | [redacted] |

[redacted] draft the memorandum of law in support of the motion to dismiss (3.2); revise the Local Rule 56.1 Statement of Material Fact and Affidavit of Anna Simmons (0.9); communicate with C. Lopata regarding the motion papers and arguments for the memorandum of law in support of the motion to dismiss (0.5).

[redacted]



| *Date of Service* | *Timekeeper Name* | | *Hours* |
|---|---|---|---|
| [redacted] | | | |
| 04/18/19 | K N TOBITSCH | | [redacted] |
| | [redacted] revise the memorandum of law in support of the motion for summary judgment (1.2); revise the affidavit of Anna Simmons (0.4); [redacted] | | |
| [redacted] | | | |
| 04/23/19 | K N TOBITSCH | | 2.20 |
| | Draft/revise the memorandum of law in support of the motion for summary judgment, Simmons affidavit, and Local Rule 56.1 statement of material facts (1.4); finalize the citations and footnotes (0.8). | | |

**TOTAL** [redacted]

JONES DAY

026123-[redacted]

Manopla, Morris (2019-01623)

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 04/24/19 | K N TOBITSCH<br>Communicate (in firm) with C. Lopata regarding revisions to the motion papers (0.4); prepare the exhibits to the motion (0.4); [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| 04/29/19 | K N TOBITSCH<br>[redacted] finalize the notice of motion, Simmons affidavit, and six redacted exhibits (0.7). | [redacted] |
| 04/30/19 | C J LOPATA<br>Draft/revise notice of motion, affidavit of A. Simmons and Rule 56.1 statement in support of motion for summary judgment (1.8); [redacted] | [redacted] |
| 04/30/19 | K N TOBITSCH<br>Draft/revise and finalize the memorandum of law; Local Civil Rule 56.1 Statement of Material Facts, and Affidavit of Anna Simmons (1.0); conduct citation check (0.7); communicate with C. Lopata regarding the motion (0.4); communicate with A. Simmons of the ECA regarding execution of the affidavit (0.3); [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

JONES DAY

026123-[REDACTED] Page 4

June 19, 2019

Manopla, Morris (2019-01623) Invoice: 33278045

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| [REDACTED] | [REDACTED] | [REDACTED] |
| 05/19/19 | C J LOPATA | 1.50 |
| | Review/analyze reply brief and communicate with attorney K. Tobitsch regarding comments. | |
| [REDACTED] | [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] | [REDACTED] |
| [REDACTED] | [REDACTED] | [REDACTED] |
| **TOTAL** | | [REDACTED] |

JONES DAY

026123-[REDACTED]

Manopla, Morris (2019-01623)

July 25, 2019
Invoice: 33289464

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
| --- | --- | --- |
| [REDACTED] | [REDACTED] | [REDACTED] |
| | [REDACTED] | |
| 05/28/19 | K N TOBITSCH | [REDACTED] |
| | [REDACTED] communicate with C. Lopata regarding the brief (0.2). | |
| 05/29/19 | C J LOPATA | 1.60 |
| | Communicate (in firm) with attorney K Tobitsch regarding reply, review/analyze exhibits, and draft/revise brief. | |
| 05/29/19 | K N TOBITSCH | 1.30 |
| | Draft/revise the reply memorandum of law, conduct the final citation check, and file in the Eastern District of New York (1.3). | |
| [REDACTED] | [REDACTED] | [REDACTED] |
| | [REDACTED] | |
| [REDACTED] | [REDACTED] | [REDACTED] |
| | [REDACTED] | |
| [REDACTED] | [REDACTED] | [REDACTED] |
| | [REDACTED] | |
| [REDACTED] | [REDACTED] | [REDACTED] |
| | [REDACTED] | |
| [REDACTED] | [REDACTED] | [REDACTED] |
| | [REDACTED] | |
| **TOTAL** | | [REDACTED] |

JONES DAY

026123-[redacted]

Manopla, Morris (2019-01623)

SERVICES DETAIL SCHEDULE

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| [redacted] | | |
| 08/28/19 | K N TOBITSCH | 1.00 |
| | Review/analyze the case law cited by in support of summary judgment in preparation for the upcoming oral argument. | |
| [redacted] | | |
| 08/30/19 | C J LOPATA | 2.20 |
| | Review/analyze oral argument outline, caselaw, briefs, and communicate with attorney K. Tobitsch regarding comments. | |
| [redacted] | | |
| 09/01/19 | K N TOBITSCH | [redacted] |
| | Draft/revise the oral argument outline (1.5); [redacted] | |
| [redacted] | | |
| 09/02/19 | K N TOBITSCH | [redacted] |
| | Draft/revise the oral argument outline (1.7); [redacted] | |
| [redacted] | | |
| 09/03/19 | D VELEZ | 2.30 |
| | Other: Per K. Tobitsch request assemble cases cited in brief in preparation for an oral argument set for September 4. | |

JONES DAY

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| | [redacted] | |
| 09/04/19 | K N TOBITSCH | [redacted] |
| | [redacted] participate in the oral argument (1); communicate with plaintiff's counsel regarding the outcome of the oral argument and potential dismissal of the case (0.4); [redacted] | |
| [redacted] | [redacted] | [redacted] |
| | [redacted] | |
| 09/05/19 | K N TOBITSCH | [redacted] |
| | Communicate (other outside counsel) with plaintiff's counsel regarding the supplemental briefing and potential dismissal of the case (0.4); [redacted] | |
| [redacted] | [redacted] | [redacted] |
| | [redacted] | |
| [redacted] | [redacted] | [redacted] |
| | [redacted] | |
| 09/09/19 | C J LOPATA | 1.00 |
| | Communicate (in firm) with attorney K. Tobitsch regarding Nationstar documents, call with plaintiff's attorney E. Geller, strategy considerations and potential filings based on negative Nationstar payment history documents. | |
| 09/09/19 | K N TOBITSCH | [redacted] |
| | [redacted] communicate with C Lopata regarding Nationstar's production (0.4); communicate with plaintiff's counsel regarding the supplemental briefing (0.3); [redacted] review documentation produced by Nationstar (0.6); [redacted] | |
| 09/10/19 | C J LOPATA | [redacted] |
| | Review/analyze Nationstar documents and draft/revise email memo to attorney K. Tobitsch regarding fraudulent affidavit by plaintiff, strategy regarding accuracy defense, potential attorneys' fees motion, and additional documents anticipated by Nationstar (1.0); [redacted] | |
| 09/10/19 | K N TOBITSCH | [redacted] |
| | [redacted] communicate with plaintiff's counsel regarding dismissal of the case (0.4); communicate with C Lopata regarding same (0.3). | |
| 09/11/19 | C J LOPATA | [redacted] |
| | [redacted] review/analyze email from K. Tobitsch regarding plaintiff's attorney E. Geller and request to dismiss with prejudice without attorneys' fees, and draft/revise response regarding fees calculation (0.3). | |

JONES DAY

026123-[redacted]

Manopla, Morris (2019-01623)

Page 5
October 18, 2019
Invoice: 33318368

| *Date of Service* | *Timekeeper Name* | *Hours* |
|---|---|---|
| 09/11/19 | K N TOBITSCH | [redacted] |

Communicate (other outside counsel) with plaintiff's counsel regarding dismissal of the case (0.4); [redacted]

[redacted]

**TOTAL** [redacted]