# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-8321
ktobitsch@JonesDay.com

August 5, 2020

VIA ECF

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Morris Manopla v. Experian et al.*,
               Case No. 1:19-cv-00992-BMC (E.D.N.Y.)

Dear Judge Cogan:

     Experian Information Solutions, Inc. ("Experian") submits the following documents in response to an email from the Case Manager this afternoon requesting that the parties file on ECF the documents they may use during the evidentiary hearing on August 6, 2020, if they are not already deemed part of the record for this hearing in accordance with the Court's order on July 27, 2020 (ECF No. 55).

     Nationstar produced documents related to Plaintiff's account on September 9, 2019 and September 24, 2019. Experian attached a portion of this production in support of its motion for attorneys' fees and informed the Court that the remainder of the production would available for review by the Court upon request (ECF No. 52-1, at ¶14). Experian is now attaching the remaining documents from Nationstar's production for potential use in the evidentiary hearing, which include additional mortgage loan statements, correspondence from Nationstar, and Plaintiff's loan modification agreement. These documents are attached to this letter as **Exhibits 1-3**, respectively, and have been redacted to comply with ECF filing rules.

     In addition, Experian is attaching as **Exhibit 4** a consumer disclosure dated March 7, 2020, which Experian previously produced to Plaintiff, for potential use in the evidentiary hearing. This document has been redacted to comply with ECF filing rules.

                                                 Respectfully submitted,

                                                 */s/ Kerianne Tobitsch*

                                                 Kerianne Tobitsch

cc:    All counsel of record (via ECF)

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON