# Exhibit 4

PO Box 9701
Allen, TX 75013

MORRIS MANOPLA



## Your Credit Report

Report # 3707-4212-12 for 03/07/19

# MORRIS MANOPLA

### Disputing information in this report

Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process your dispute generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

The fastest and easiest way to dispute most information is to visit us at:

www.experian.com/disputes

You can also submit your disputes in writing by mailing them to:

Experian, Attn: CASS, P.O. Box 1240, Allen TX 75013

### Call us with your disputes or questions:

800 509 8495, M - F 7:30 a.m. - 5 p.m., Central Time.

You may also submit additional relevant information or supporting documentation for your disputes electronically at experian.com/upload. Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing.

### You have your Credit Report.

### Now, keep an eye on it for free.

Get these free benefits, with no credit card required:

- Your Experian Credit Report
  (refreshed every 30 days upon sign in)
- Experian credit monitoring & alerts
- Educational resources

Enroll today at experian.com/view

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Payment History Legend

| | | | | | |
|---|---|---|---|---|---|
| **OK** | Current/Terms of agreement met | **CRD** | Creditor received deed | **G** | Claim filed with government |
| **30** | Account 30 days past due | **FS** | Foreclosure proceedings started | **D** | Defaulted on contract |
| **60** | Account 60 days past due | **F** | Foreclosed | **C** | Collection |
| **90** | Account 90 days past due | **VS** | Voluntarily surrendered | **CO** | Charge off |
| **120** | Account 120 days past due | **R** | Repossession | **CLS** | Closed |
| **150** | Account 150 days past due | **PBC** | Paid by creditor | **ND** | No data for this time period |
| **180** | Account 180 days past due | **EC** | Insurance claim | | |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your account history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data

EXPERIAN_19-cv-00992_00035

MORRIS MANOPLA | Report # 3707-4212-12 for 03/07/19



### NATIONSTAR MORTGAGE Partial account #

8950 CYPRESS WATERS BLVD, COPPELL, TX 75019 or (888) 480 2432

| | | | Payment history | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date opened** Nov 2003 | **First reported** Sep 2017 | **Recent balance** Not reported | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| **Address ID #** 0021989865 | **Terms** 40 Years | **Status** Transferred,closed. | 2018 | 180 | 180 | 180 | 180 | 180 | 180 | OK | OK | OK | OK | CLS | |
| **Type** Mortgage | **Monthly payment** Not reported | **Comment** Account information | 2017 | | | | | | | | | | | | 180 |
| **Responsibility** Joint with | **Credit limit or original amount** $475,000 | disputed by consumer (Meets requirement of the Fair Credit Reporting Act). | | | | | | | | | | | | | |
| | **High balance** Not reported | **Comment:** Account transferred to another lender. This item was updated from our processing of your dispute in Jun 2018. **Date of Status** Nov 2018 | | | | | | | | | | | | | |

Your statement " Y  ITEM DISPUTED BY CONSUMER"

Account History *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Mar18 | Jan18 | Dec17 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 457,354 | 459,234 | 459,580 | 459,925 | 367,476 | 368,482 | 370,481 | 372,460 | 372,460 |
| DPR | Oct22 | Sep29 | Aug22 | Jul18 | Jun18 | May18 | Mar21 | Dec11 | Dec11 |
| SPA ($) | 4,284 | 4,284 | 4,284 | 4,284 | 5,020 | 5,020 | 5,020 | 5,020 | 5,020 |
| AAP ($) | 5,811 | 4,284 | 4,284 | 4,356 | 4,356 | 4,356 | 4,356 | 4,356 | ND |

The original amount of this account was $475,000